# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN JOSEPH BROWN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-10-1249-R |
| | ) |
| ERIC FRANKLIN, Warden, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered January 21, 2011, [Doc. No. 14]. Petitioner has not filed an Objection to the Report and Recommendation nor has he sought or been granted an extension of time in which to file an Objection. Therefore, the Report and Recommendation is ADOPTED, Respondent's motion to dismiss [Doc. No.8] is DENIED and the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DENIED.

IT IS SO ORDERED this 11th day of February, 2011.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE